IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

DARLENE GENESE LEE, )
)
v. ) 1:06-0076
)
MICHAEL J. ASTRUE, Commissioner of Social )
   Security. )

**O R D E R**

Before the Court is the Report and Recommendation of Magistrate Judge Griffin in which she recommends Plaintiff's Motion for Judgment on the Record, Document #17, be denied, and the decision of the Commissioner be affirmed. No objections have been filed.

The Court has read and considered the Report and finds the same to be correct in fact and law. The Report and Recommendation is adopted by this Court. For the reasons set forth in the Report and Recommendation, the Motion for Judgment on the Pleadings by the Plaintiff, Document #17, is **DENIED** and the decision of the Commissioner is **AFFIRMED.**

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge